# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 6 2006

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

RAYMOND C. EVANS,      )
    Petitioner,      )      Civil Action No. 7:06cv00315
           )
v.      )      **FINAL ORDER**
           )
FEDERAL BUREAU OF PRISONS,      )      By: Samuel G. Wilson
    Respondent.      )      United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above captioned matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to petitioner and to counsel of record for the respondents, if known.

**ENTER**: This 26th day of May, 2006.

United States District Judge