IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAYMOND C. EVANS, | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00315 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above captioned matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to petitioner and to counsel of record for the respondents, if known.

ENTER: This 12th day of June, 2006.

_____
United States District Judge